381 F.2d 381
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
BRICKLAYERS AND MASONS' UNION LOCAL NO. 2 OF DETROIT,
MICHIGAN, Bricklayers, Masons and Plasterers' International
Union of America, AFL-CIO; and Metropolitan Area Executive
Committee of Bricklayers, Masons and Plasterers' Union of
America, AFL-CIO, Respondents.
 No. 17251.
 United States Court of Appeals Sixth Circuit.
 July 19, 1967.
 
 Robert S. Hillman, N.L.R.B., Washington, D.C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Gary Green, Attorney, N.L.R.B., Washington, D.C., on brief, for petitioner.
 Rolland R. O'Hare, Detroit, Mich., Schwartz, O'Hare, Sharples & Foley, Detroit, Boaz Siegel, Detroit, Counsel, by Rolland R. O'Hare, Detroit, on brief, for respondents.
 Before PHILLIPS, CELEBREZZE and COMBS, Circuit Judges.
 
 ORDER.
 
 1
 The National Labor Relations Board filed a petition to enforce its order and decision as reported at 152 N.L.R.B. 1582.
 
 
 2
 Upon consideration of the briefs, oral arguments and the entire record, it is ordered that the order and decision of the Board be and hereby is enforced.